# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 50076 | **DATE** | 5/21/2012 |
| **CASE TITLE** | United States of America vs. David Guerrero | | |

**DOCKET ENTRY TEXT:**

The court has reviewed the materials accompanying Plaintiff's motion for default judgment, and finds the motion to be sufficiently supported. The court further finds that service appears to have been properly effectuated on Defendant. Therefore, the court grants Plaintiff's motion for default judgment in the amount of $49,495.78 pursuant to Fed. R. Civ. P. 55(b)(2).

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | BTJ |
|---|---|---|