AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>DAVID GUERRERO<br>*Defendant* | )<br>)<br>)  Civil Action No.  12 C 50076<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

**X** the plaintiff *(name)* United States of America recover from the defendant *(name)* David Guerrero the amount of Forty-nine thousand four hundred nenety-three dollars & 78 cents dollars ($ 49,495.78 ), ~~which includes prejudgment interest at the rate of ---- %, plus postjudgment interest at the rate of ---- %, along with costs.~~

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☐ other: _____

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge  P. MICHAEL MAHONEY  on a motion for  Default judgment

Date:  May 21, 2012

Michael W. Dobbins, Clerk of Court

*/s/ signature/*
Deputy Clerk

Approved by Magistrate Judge P. Michael Mahoney